# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**George Hart**
        Plaintiff(s)

vs.                          CASE NUMBER: 8:23-cv-433 (DEP)

**Kilolo Kijakazi**
**Commissioner of Social Security**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's motion for judgment on the pleadings is GRANTED; the Commissioner's determination that plaintiff was not disabled at the relevant times, and thus is not entitled to benefits under the Social Security Act, is VACATED; the matter is hereby REMANDED to the Commissioner, with a directed finding of disability and for the purpose of calculating benefits owing to the Plaintiff.

All of the above pursuant to the order of the Honorable **David E. Peebles**, dated 8/22/2024.

DATED: August 22, 2024

*[signature]*
Clerk of Court

s/ Samantha Brahm

Deputy Clerk